UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 16-43154-399  Chapter 13 |
| ) | |
| TABITHA SCOTT ) | |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated July 13, 2016, to claim 10 filed on behalf of UNITED CONSUMER FINANCIAL SVCS.

Dated: July 29, 2016
WDOCLM--AC

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 7/29/2016.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

| | |
|---|---|
| TABITHA SCOTT<br>2164 FOGGY BOTTOM DR<br>FLORISSANT, MO  63031 | UNITED CONSUMER FINANCIAL SVCS<br>3936 E FORT LOWELL RD<br>STE 200<br>TUCSON, AZ  85712 |
| ROBERT E FAERBER<br>230 S BEMISTON<br>STE 600<br>CLAYTON, MO  63105 | BASS & ASSOC PC<br>3936 E FORT LOWELL RD<br>STE 200<br>TUCSON, AZ  85712 |